UNITED STATES DISTRICT COURT
for the

District of South Carolina

Anthony Brian Whetstone, registered trade name/business entity, and Whetstone, Anthony Brian registered trade name holder and real party in interest,

*Plaintiff*

v.

Chief Judge Thomas W Thrash, Jr., in his personal capacity and Jane Doe Thrash husband and wife and their marital community; William S. Duffey, Jr., in his personal capacity and Jane Doe Duffy husband and wife and thieir marital community; John A. Horn, in his personal capacity and Jane Doe Horn husband and wife and their marital community,

*Defendant*s

Civil Action No.    8:17-cv-00748-JFA

)
)
)
)
)

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Anthony Brian Whetstone, shall take nothing of the defendants; Chief Judge Thomas W. Thrash, Jr., William S. Duffey, Jr., and John A. Horn, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:  June 13, 2017                                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                            s/A. Buckingham
                                                                _____
                                                                    *Signature of Clerk or Deputy Clerk*